UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ SS D.C.
INTAKE

.: 26 200

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA.· MIAMI

A.J. PRIETO, KATHLEEN WOLFE, and
RIGOBERTO OLIVERA, individually and
as class representatives,

          Plaintiffs,

vs.

CITY OF MIAMI BEACH, a political
Subdivision of the State of Florida and a
Municipality,

          Defendant.

_____/

CASE NO.: 98-1968-CIV-JORDAN
MAGISTRATE JUDGE BANDSTRA

*Class Representation Action*

## NOTICE OF FILING AFFIDAVIT OF A.J. PRIETO IN SUPPORT OF RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, A.J. PRIETO, KATHLEEN WOLFE and RIGOBERTO OLIVERA, individually and as class representatives, file this their Notice of Filing Affidavit of A. J. Prieto in Support of Response to Defendant's Motion for Summary Judgment for the Court's consideration in ruling on the same.

ROZENCWAIG & GRANOFF
Attorneys for Plaintiffs
SunTrust International Center, Suite 960
One Southeast Third Avenue
Miami, Florida 33131
Phone: (305) 379-6100
Fax:   (305) 379-6808

By: _____
     Loren S. Granoff, Esq.
     Florida Bar No. 586285

     Maritza Peca, Esq.
     Florida Bar No. 145637



CASE NO.: 98-1968-CIV-JORDAN
Magistrate Judge Bandstra

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 2(day of September, 2000 to:

Denise M. Heekin, Esq.
Muller, Mintz, et al.
Attorneys for the City of Miami Beach
First Union Financial Center, Suite 3600
200 South Biscayne Boulevard
Miami, Florida 33131

Donald Papy, Esq.
Attorneys for the City of Miami Beach
Murray H. Dubbin, City Attorney
Legal Department, Fourth Floor
1700 Convention Center Drive
Miami Beach, Florida 33139

By: _____
Loren S. Granoff, Esq.
Florida Bar No. 586285

Maritza Peca, Esq.
Florida Bar No. 145637

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

A.J. PRIETO, KATHLEEN WOLFE, and
RIGOBERTO OLIVERA, individually and
as class representatives,
         Plaintiffs,

vs.

CITY OF MIAMI BEACH, a political
Subdivision of the State of Florida and a
Municipality,
         Defendant.

_____/

CASE NO.: 98-1968-CIV-JORDAN
MAGISTRATE JUDGE BANDSTRA

*Class Representation Action*

### AFFIDAVIT OF PLAINTIFF A.J. PRIETO IN SUPPORT OF
### RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**STATE OF FLORIDA**          )
                                     )ss:

**COUNTY OF MIAMI-DADE**     )

      **BEFORE ME**, the undersigned authority, personally appeared the Plaintiff, **ALBERT J. PRIETO**, who after being duly sworn under oath states as follows:

1.     My name is Albert J. Prieto. I am over eighteen (18) years of age and competent to testify. I have personal knowledge of all the matters and facts set forth in this Affidavit.

2.     I am a Class Representative Plaintiff in the above-styled action.

3.     I have personal knowledge of the identities of the City of Miami Beach Police Department's hires for April 1993 through September, 1999 (i.e. tier-two hires).

4.     Attached hereto as Exhibit "A" is a list of the tier-two hires identifying the name of each new hire, gender, race and/or national origin.

**FURTHER AFFIANT SAYETH NAUGHT.**

      Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true.

_____
Albert J. Prieto, *Affiant*

CASE NO.: 98-1968-CIV-JORDAN

*Magistrate Judge Banstra*

**SWORN TO AND SUBSCRIBED** before me this ~~×~~ day of September, 2000 by **ALBERT J. PRIETO**, who is personally known to me or who has produces a _____ as identification and who (did / did not) take an oath.

Notary Public, State of Florida

Print name:

My commission expires:

Yolanda B. Garcia
Notary Public-State of Florida
Commission # CC 749383
Expires June 30, 2002

2

Employees

9/25/00

| EmployeeID | First Name | Last Name | Sex | Race |
|---|---|---|---|---|
| 116 | ALAN | CHIN | M | ASIAN |
| 95 | HYOK | CHONG | M | ASIAN |
| 79 | FRANTZ | MARCELIN | M | BLACK |
| 30 | SHANNON | MADISON | F | BLACK |
| 28 | KATHLEEN | WOLFE | F | BLACK |
| 26 | JAMES | HARRIS | M | BLACK |
| 83 | JEROME | BERRIAN | M | BLACK |
| 92 | WAYNE | THOMAS | M | BLACK |
| 38 | RANDY | SMITH | M | BLACK |
| 59 | GWEN | RESPER | F | BLACK |
| 103 | HARVEY | MIDDLETON | M | BLACK |
| 32 | TONY | CALLAN | M | BLACK |
| 62 | CHERYL | PERKINS | F | BLACK |
| 20 | GARY | AIME | M | BLACK |
| 108 | PHILLIP | WIRTH | M | BLACK |
| 69 | KEVIN | COLEMAN | M | BLACK |
| 68 | WAYNE | JONES | M | BLACK |
| | | | | BLACK |
| 8 | VERNON | LASCELLES | M | BLACK |
| 65 | ALKAREEN | AZIM | M | BLACK |
| 84 | PIERRE | LAURENT | M | BLACK |
| 49 | PABLO | JIMENEZ | M | HISPANIC |
| 48 | PETER | WYATT | M | HISPANIC |
| 50 | JUAN | CABRERA | M | HISPANIC |
| 51 | EDUARDO | DOCAMPO | M | HISPANIC |
| 53 | MARCUS | ZELAYA | M | HISPANIC |
| 54 | SAMIR | GUERRERO | M | HISPANIC |
| 55 | ANTONIO | INFANTE | M | HISPANIC |
| 56 | DAVID | ESPRIELLA | M | HISPANIC |
| 57 | LAZARO | MORERA | M | HISPANIC |
| 1 | JUAN | SANCHEZ | M | HISPANIC |
| 60 | RICARDO | ANTON | M | HISPANIC |
| 117 | JUAN | SAMPEDRO | M | HISPANIC |
| 61 | GEORGE | VERON | M | HISPANIC |
| 52 | GARFIELD | TAYLOR | M | HISPANIC |
| 17 | SARAH | SZUSTER | F | HISPANIC |
| 4 | WILLIAM | PACHECO | M | HISPANIC |
| 5 | RIGOBERTO | OLIVERA | M | HISPANIC |
| 7 | A.J. | PRIETO | M | HISPANIC |
| 9 | THAMYRIS | CARDELLE | M | HISPANIC |
| 10 | ALEXANDER | CARULO | M | HISPANIC |
| 11 | MARK | CAUSEY | M | HISPANIC |
| 12 | CARLOS | GIL | M | HISPANIC |
| 40 | MARTIN | GARCIA | M | HISPANIC |
| 15 | KEVIN | MILLAN | M | HISPANIC |
| 47 | ROMILIO | PEREZ | M | HISPANIC |
| 18 | ROBERT | HERNANDEZ | M | HISPANIC |

Page 1

EXHIBIT A

| Employee No. | First Name | Last Name | Sex | R/E |
|---|---|---|---|---|
| 22 | JOHN | PEREIRA | M | HISPANIC |
| 25 | ALFREDO | CATA | M | HISPANIC |
| 31 | AMEL | SOTO | M | HISPANIC |
| 39 | MIGUEL | NOA | M | HISPANIC |
| 41 | JUAN | RIVERA | M | HISPANIC |
| 43 | PAUL | ACOSTA | M | HISPANIC |
| 46 | ALFREDO | ALVAREZ | M | HISPANIC |
| 14 | OCTAVIO | RABELO | M | HISPANIC |
| 102 | GILBERT | ORTIZ | M | HISPANIC |
| 88 | ERIC | DOMINGUEZ | M | HISPANIC |
| 89 | ROLANDO | NORIEGA | M | HISPANIC |
| 91 | TINO | SERRANO | M | HISPANIC |
| 94 | JOSE | CAREAGA | M | HISPANIC |
| 98 | GUSTAVO | CRUZ | M | HISPANIC |
| 99 | FRANK | VASQUEZ | M | HISPANIC |
| 87 | ALEJANDRO | BELLO | M | HISPANIC |
| 101 | FRANK | CASTILLO | M | HISPANIC |
| 95 | GLORIO | VASQUEZ | M | HISPANIC |
| 104 | AQUSTIN | LATORR | M | HISPANIC |
| 106 | PEDRO | SOCARRAS | M | HISPANIC |
| 107 | ALEJANDRO | LLANERAS | M | HISPANIC |
| 112 | IVETTE | VOKATY | F | HISPANIC |
| 113 | OSVALDO | RAMOS | M | HISPANIC |
| 114 | ENRIQUE | MESTRE | M | HISPANIC |
| 115 | RENALDO | CASAS | M | HISPANIC |
| 100 | VINCENTE | CANETE | M | HISPANIC |
| 71 | EDWARD | PEREZ | M | HISPANIC |
| 86 | FULGENCIO | MEDINA | M | HISPANIC |
| 74 | RICARDO | ARIAS | M | HISPANIC |
| 77 | LUIS | ALSINA | M | HISPANIC |
| 78 | MIRKO | VASILIVEVICH | M | HISPANIC |
| 70 | JORGE | GARCIA | M | HISPANIC |
| 76 | YESENIA | PAGES | F | HISPANIC |
| 72 | MANUEL | CHORENS | M | HISPANIC |
| 75 | ANA | CABANAS | F | HISPANIC |
| 19 | GREG | BALDWIN | M | WHITE |
| 73 | DEBORAH | TRAVIS | F | WHITE |
| 16 | COLIN | PFROGNER | M | WHITE |
| 105 | SHERRYL | KUMM | F | WHITE |
| 13 | TIMOTHY | HOUSER | M | WHITE |
| 110 | TIMOTHY | ROLL | M | WHITE |
| 111 | IRA | PESKOWITZ | M | WHITE |
| 67 | JOSEPH | HART | M | WHITE |
| 6 | CHRISTI | TANNER | F | WHITE |
| 66 | STEVEN | COSNER | M | WHITE |
| 64 | ELISE | SPINA | F | WHITE |
| 3 | MICHAEL | DENISTON | M | WHITE |

Employees

| Employee ID | First Name | Last Name | Sex | Race |
|---|---|---|---|---|
| 2 | JOHN | CLEMENTS | M | WHITE |
| 109 | IAN | ROBINSON | M | WHITE |
| 63 | ANDREW | DOHLER | M | WHITE |
| 42 | ROBERT | CHENOWETH | M | WHITE |
| 85 | MARK | SCHOENFELD | M | WHITE |
| 82 | MILDRED | STIERS | F | WHITE |
| 90 | STANLEY | WOJICK | M | WHITE |
| 81 | FRANK | CELESTE | M | WHITE |
| 37 | CAROL | GRAHAM | F | WHITE |
| 36 | JOHNNY | GRIFFIN | M | WHITE |
| 35 | ANDREW | GORNEY | M | WHITE |
| 21 | DOUGLAS | SIMON | M | WHITE |
| 33 | ANDREW | KUNCAS | M | WHITE |
| 96 | ROBERT | COVALT | M | WHITE |
| 80 | MARTIN | DIONNE | M | WHITE |
| 58 | RICHARD | ANASTASI | M | WHITE |
| 29 | FRANCESCA | LAROSA | F | WHITE |
| 97 | ROBERT | NOLAN | M | WHITE |
| 27 | LORI | RAMIREZ | F | WHITE |
| 24 | TONY | LAMACCIO | M | WHITE |
| 44 | MATHEW | AMBRE | M | WHITE |
| 23 | DAVID | MCCUE | M | WHITE |
| 34 | THOMAS | LINCOLN | M | WHITE |